

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00187-CR

THE STATE OF TEXAS                                         APPELLANT

V.

JASON MELBOURNE                                           APPELLEE

----------

FROM COUNTY CRIMINAL COURT NO. 5 OF DENTON COUNTY
TRIAL COURT NO. CR-2015-07432-E

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the "Motion for Voluntary Dismissal of State's Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

---
[1]*See* Tex. R. App. P. 47.4.

PANEL:  MEIER, GABRIEL, and KERR, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: November 2, 2017